# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **ISLAND JAY, INC**, a Florida corporation, | |
| *Plaintiff*, | Case No. 2:19-cv-11501-MAG-DRG |
| v. | Hon. Mark A. Goldsmith |
| **MYLOCKER.COM, L.L.C.**, a Michigan limited liability company, | |
| *Defendant*. | |

# MOTION FOR LEAVE TO WITHDRAW THOMAS W. CUNNINGHAM AS COUNSEL OF RECORD FOR PLAINTIFF ISLAND JAY, INC.



Pursuant to L.R. 83.25(b)(2), undersigned counsel respectfully moves for leave to withdraw the appearance of Thomas W. Cunningham as counsel of record in this and all related matters on behalf of Plaintiff Island Jay, Inc. in the above-captioned action.

No substitution of counsel is necessary as Plaintiff continues to be represented new counsel that has already entered an appearance in the case.

Respectfully submitted,

**BROOKS KUSHMAN P.C.**

Dated: May 29, 2020

By: /s/ Thomas W. Cunningham
    Thomas W. Cunningham  (P57899)
    1000 Town Center
    Twenty-Second Floor
    Southfield, Michigan 48075
    Tel: (248) 358-3400
    Fax: (248) 358-3351
    E-mail: tcunningham@brookskushman.com

*Attorneys for Plaintiff*

