## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

ISLAND JAY, INC, a Florida corporation,

    Plaintiff,

v.

CASE NO: 2:19-cv-11501-MAG-DRG
HON: MARK A. GOLDSMITH

MYLOCKER.COM, L.L.C., a Michigan limited liability company,

    Defendant.

---

## MOTION FOR LEAVE TO WITHDRAW ANTHONY L. DELUCA AS COUNSEL OF <u>RECORD FOR PLAINTIFF ISLAND JAY, INC.</u>

2

Pursuant to L.R. 83.25(b)(2), the undersigned counsel respectfully moves for leave to withdraw the appearance of Anthony L. DeLuca as counsel of record in this and all related matters on behalf of Plaintiff Island Jay, Inc., in the above captioned action.

No substitution of counsel is necessary as Plaintiff continues to be represented by new counsel that has already entered an appearance in the case.

                          Respectfully submitted

                          ANTHONY L. DELUCA, P.L.C.

                          By: */s/ Anthony DeLuca*
                               Anthony L. DeLuca (P64874)
                               14950 E. Jefferson Ave., Ste 170
                               Grosse Pointe Park, MI 48230
                               (313) 821-5905, phone
                               (313) 821-5906, fax

Dated: June 1, 2020                anthony@aldplc.com