UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ISLAND JAY, INC.,

       Plaintiff,                                        Case No. 19-11501

vs.                                                       HON. MARK A. GOLDSMITH

MYLOCKER.COM, L.L.C.,

       Defendant.
_____/

**<u>ORDER DIRECTING PLAINTIFF TO FILE A DECLARATION</u>**

Having considered Plaintiff Island Jay, Inc.'s ("Island Jay") motion for default judgment and request for an award of attorney fees and costs (Dkt. 10), the Court orders Island Jay to submit a declaration setting forth the updated amount of attorney fees and costs incurred in the present matter.  Island Jay may include in that declaration any time spent in preparing it.  The declaration must be submitted no later than June 15, 2020.

      SO ORDERED.

Dated: June 8, 2020                                    s/Mark A. Goldsmith
  Detroit, Michigan                             MARK A. GOLDSMITH
                                                   United States District Judge