UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ISLAND JAY, INC., ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:19-cv-11501-MAG-DRG |
| ) | |
| MYLOCKER.COM, LLC, ) | HON. MARK A. GOLDSMITH |
|     Defendant. ) | |
| ) | |

## NOTICE OF FILING

Pursuant to the Court's Order of June 8, 2020 (Dkt. 18), attached for filing on behalf of the plaintiff Island Jay, Inc., please find the Declaration of Jason Guarino in regard to attorneys fees and costs incurred in this case.

Dated: June 15, 2020                                         Respectfully submitted,


*/s/John M. Shoreman*
_____
John M. Shoreman
McFadden & Shoreman
1050 Connecticut Avenue, NW
Suite 500
Washington, DC  20036
(202) 772-3188
Fax (202) 204-8610
jms@mcfaddenshoreman.com

**CERTIFICATE OF ELECTRONIC SERVICE**

      I hereby certify that on June 15, 2020, I electronically filed the foregoing Notice of Filing and attached Declaration of Jason Guarino with the Clerk of the Court for the Eastern District of Michigan using the ECF System which will send notification to the registered participants of the ECF System as listed on the Court's Notice of Electronic Filing.

      I also certify that I have mailed by U.S. Postal Service the papers to the following non-participants in the ECF System: NONE

*/s/John M. Shoreman*
_____

John M. Shoreman
McFadden & Shoreman
1050 Connecticut Avenue, NW
Suite 500
Washington, DC  20036
(202) 772-3188
Fax (202) 204-8610
jms@mcfaddenshoreman.com