# BROOKS KUSHMAN P.C.

**1000 TOWN CENTER**

**TWENTY-SECOND FLOOR**

**SOUTHFIELD, MICHIGAN 48075**

Phone: (248) 358-4400
Fax:    (248) 358-3351

---

September 30, 2019

Island Jay, Inc.  Invoice #:  745204
Attn: Jason Guarino
3800 Tampa Road
Oldsmar, FL 34677

### ***ALL AMOUNTS IN U.S. DOLLARS***

### ACCOUNT SUMMARY

| | |
|---|---:|
| PREVIOUS BALANCE: | 0.00 |
| AMOUNT RECEIVED: | 5,000.00 |
|     SERVICES TOTAL: 6,020.00 | |
|     DISBURSEMENTS TOTAL: 126.42 | |
|     TOTAL: | 6,146.42 |
| TOTAL AMOUNT NOW DUE: | 1,146.42 |

### OUTSTANDING INVOICE INFORMATION

| ORIGINAL INVOICE DATE | INVOICE NUMBER | PAYMENTS/ AMOUNT | CURRENT CREDITS | BALANCE |
|---|---|---|---|---|

Federal Tax ID#: 38-3085676

# BROOKS KUSHMAN P.C.

1000 TOWN CENTER

TWENTY-SECOND FLOOR

SOUTHFIELD, MICHIGAN 48075

Phone: (248) 358-4400
Fax: (248) 358-3351

---

September 30, 2019

Island Jay, Inc.  Invoice #: 745204
Attn: Jason Guarino
3800 Tampa Road
Oldsmar, FL 34677

For Professional Services Rendered
Through September 30, 2019 in Connection
With The Following Matters -

ISLA0101L
ISLAND JAY, INC. V. MYLOCKER.COM, L.L.C.
2:19-CV-11501-MAG-DRG

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 08/29/19 | TC | 3.40 | 1,190.00 | Work on motion for default judgment and permanent injunction. |
| 08/29/19 | TC | 2.90 | 1,015.00 | Work on motion for default judgment and permanent injunction. |
| 09/03/19 | TC | 1.20 | 420.00 | Review client comments on briefs for default judgment; numerous e-mails with client on issues relating to motion for default judgment. |
| 09/06/19 | TC | 1.30 | 455.00 | Review additional counterfeiting evidence submitted by client; e-mails with client on issues relating to motion for default judgment; tend to filing Request for Clerk's Entry of Judgment. |
| 09/11/19 | TC | 0.20 | 70.00 | E-mails with client on issues relating to motion for default judgment. |
| 09/12/19 | TC | 4.20 | 1,470.00 | Draft, review and edits to Guarino Decl. in support of Motion for Default Judgment; e-mails with client on issues relating to motion for default judgment; draft, review and edits to second DeLuca Decl., review and edits to brief in support of default judgment; draft, review and edits to proposed injunction. |
| 09/13/19 | TC | 3.50 | 1,225.00 | Review and edits to Guarino Decl. in support of Motion for Default Judgment; e-mails with client on issues relating to motion for default judgment; review and edits to brief in support of default judgment; tend to filing motion and brief. |
| 09/17/19 | TC | 0.20 | 70.00 | E-mails with client addressing issues relating to motion for default judgment. |

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 09/20/19 | TC | 0.10 | 35.00 | E-mails with client addressing issues relating to motion for default judgment. |
| 09/27/19 | TC | 0.20 | 70.00 | E-mail with client addressing issues relating to motion for default judgment. |

### Summary of Professional Services

|  | Hours | Rate | Amount |
|---|---|---|---|
| Thomas Cunningham | 17.20 | 350.00 | 6,020.00 |
| TOTAL | 17.20 | | 6,020.00 |

### Disbursements

| | | |
|---|---|---|
| Administrative Charge | | 126.42 |
| Total Disbursements | 126.42 | |
| **Total Services & Disbursements** | **6,146.42** | |

GRAND TOTAL

| | |
|---|---|
| TOTAL SERVICES: | 6,020.00 |
| TOTAL DISBURSEMENTS: | 126.42 |
| **TOTAL SERVICES & DISBURSEMENTS:** | **6,146.42** |