**BROOKS KUSHMAN P.C.**

**1000 TOWN CENTER**

**TWENTY-SECOND FLOOR**

**SOUTHFIELD, MICHIGAN 48075**

**Phone: (248) 358-4400**
**Fax:    (248) 358-3351**

---

October 31, 2019

Island Jay, Inc.　　　　　　　　　　　　　　　　　　　　　　　　　Invoice #:  746827
Attn: Jason Guarino
3800 Tampa Road
Oldsmar, FL 34677

**\*\*\*ALL AMOUNTS IN U.S. DOLLARS\*\*\***

**ACCOUNT SUMMARY**

| | | |
|---|---:|---:|
| PREVIOUS BALANCE: | | 1,146.42 |
| AMOUNT RECEIVED: | | 0.00 |
|     SERVICES TOTAL: | 910.00 | |
|     DISBURSEMENTS TOTAL: | 125.11 | |
|     TOTAL: | | 1,035.11 |
| TOTAL AMOUNT NOW DUE: | | 2,181.53 |

**OUTSTANDING INVOICE INFORMATION**

| ORIGINAL INVOICE DATE | INVOICE NUMBER | PAYMENTS/ AMOUNT | CURRENT CREDITS | BALANCE |
|:---:|:---:|:---:|:---:|:---:|
| 09/30/19 | 745204 | $6,146.42 | ($5,000.00) | $1,146.42 |

Federal Tax ID#: 38-3085676

**BROOKS KUSHMAN P.C.**

**1000 TOWN CENTER**

**TWENTY-SECOND FLOOR**

**SOUTHFIELD, MICHIGAN 48075**

Phone: (248) 358-4400
Fax:    (248) 358-3351

---

October 31, 2019

Island Jay, Inc.                                             Invoice #:  746827
Attn: Jason Guarino
3800 Tampa Road
Oldsmar, FL 34677

For Professional Services Rendered
    Through October 31, 2019 in Connection
    With The Following Matters -

    ISLA0101L
        ISLAND JAY, INC. V. MYLOCKER.COM, L.L.C.
        2:19-CV-11501-MAG-DRG

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 10/01/19 | TC | 0.60 | 210.00 | Conference with DeLuca; conference with opposing counsel Novello; communications with client. |
| 10/02/19 | TC | 0.10 | 35.00 | Review counterfeit materials from client. |
| 10/03/19 | TC | 1.10 | 385.00 | Review Court order; draft proposed judgment and injunction; e-mails with client. |
| 10/04/19 | TC | 0.20 | 70.00 | Communications with client re: proposed judgment. |
| 10/30/19 | TC | 0.50 | 175.00 | Conference with attorney for Life is Good re: MyLocker. |
| 10/31/19 | TC | 0.10 | 35.00 | E-mail with client re: communications with Life is Good counsel re: MyLocker. |

**Summary of Professional Services**

|  | Hours | Rate | Amount |
|---|---|---|---|
| Thomas Cunningham | 2.60 | 350.00 | 910.00 |
| TOTAL | 2.60 | | 910.00 |

**Disbursements**

| | |
|---|---|
| Computer Search Charges. | 106.00 |
| Administrative Charge | 19.11 |
| Total Disbursements | 125.11 |

**Total Services & Disbursements**           **1,035.11**

GRAND TOTAL

  TOTAL SERVICES:              910.00
  TOTAL DISBURSEMENTS:          125.11

  **TOTAL SERVICES & DISBURSEMENTS:**     **1,035.11**