# BROOKS KUSHMAN P.C.

**1000 TOWN CENTER**

**TWENTY-SECOND FLOOR**

**SOUTHFIELD, MICHIGAN 48075**

Phone: (248) 358-4400
Fax:    (248) 358-3351

---

November 30, 2019

Island Jay, Inc.  Invoice #: 748407
Attn: Jason Guarino
3800 Tampa Road
Oldsmar, FL 34677

***ALL AMOUNTS IN U.S. DOLLARS***

## ACCOUNT SUMMARY

| | |
|---|---:|
| PREVIOUS BALANCE: | 2,181.53 |
| AMOUNT RECEIVED: | 1,146.42 |
|     SERVICES TOTAL: 770.00 | |
|     DISBURSEMENTS TOTAL: 16.17 | |
|     TOTAL: | 786.17 |
| TOTAL AMOUNT NOW DUE: | 1,821.28 |

## OUTSTANDING INVOICE INFORMATION

| ORIGINAL INVOICE DATE | INVOICE NUMBER | PAYMENTS/ AMOUNT | CURRENT CREDITS | BALANCE |
|---|---|---|---|---|
| 10/31/19 | 746827 | $1,035.11 | $ .00 | $1,035.11 |

Federal Tax ID#: 38-3085676

# BROOKS KUSHMAN P.C.

**1000 TOWN CENTER**

**TWENTY-SECOND FLOOR**

**SOUTHFIELD, MICHIGAN 48075**

Phone: (248) 358-4400
Fax:    (248) 358-3351

---

November 30, 2019

Island Jay, Inc.                                              Invoice #:  748407
Attn: Jason Guarino
3800 Tampa Road
Oldsmar, FL 34677

For Professional Services Rendered
   Through November 30, 2019 in Connection
   With The Following Matters -

    ISLA0101L
        ISLAND JAY, INC. V. MYLOCKER.COM, L.L.C.
        2:19-CV-11501-MAG-DRG

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 11/27/19 | TC | 2.20 | 770.00 | Draft supplementation to Motion for Default Judgment; draft declaration re: same. |

## Summary of Professional Services

| | Hours | Rate | Amount |
|---|---|---|---|
| Thomas Cunningham | 2.20 | 350.00 | 770.00 |
| TOTAL | 2.20 | | 770.00 |

### Disbursements

| | | Amount |
|---|---|---|
| Administrative Charge | | 16.17 |
| Total Disbursements | | 16.17 |
| **Total Services & Disbursements** | | **786.17** |

GRAND TOTAL

    TOTAL SERVICES:    770.00
    TOTAL DISBURSEMENTS:    16.17

**TOTAL SERVICES & DISBURSEMENTS:**    **786.17**