# BROOKS KUSHMAN P.C.

**1000 TOWN CENTER**

**TWENTY-SECOND FLOOR**

**SOUTHFIELD, MICHIGAN 48075**

Phone: (248) 358-4400

Fax:     (248) 358-3351

---

December 31, 2019

Island Jay, Inc.  Invoice #:  749855
Attn: Jason Guarino
3800 Tampa Road
Oldsmar, FL 34677

**\*\*\*ALL AMOUNTS IN U.S. DOLLARS\*\*\***

**ACCOUNT SUMMARY**

| | |
|---|---:|
| PREVIOUS BALANCE: | 2,967.70 |
| AMOUNT RECEIVED: | 1,146.42 |
|     SERVICES TOTAL: 630.00 | |
|     DISBURSEMENTS TOTAL: 13.23 | |
|     TOTAL: | 643.23 |
| TOTAL AMOUNT NOW DUE: | 2,464.51 |

**OUTSTANDING INVOICE INFORMATION**

| ORIGINAL INVOICE DATE | INVOICE NUMBER | PAYMENTS/ AMOUNT | CURRENT CREDITS | BALANCE |
|---|---|---|---|---|
| 10/31/19 | 746827 | $1,035.11 | $ .00 | $1,035.11 |
| 11/30/19 | 748407 | $786.17 | $ .00 | $786.17 |

Federal Tax ID#: 38-3085676

## BROOKS KUSHMAN P.C.

**1000 TOWN CENTER**

**TWENTY-SECOND FLOOR**

**SOUTHFIELD, MICHIGAN 48075**

Phone: (248) 358-4400
Fax:    (248) 358-3351

---

December 31, 2019

Island Jay, Inc.                                                             Invoice #:  749855
Attn: Jason Guarino
3800 Tampa Road
Oldsmar, FL 34677

For Professional Services Rendered
    Through December 31, 2019 in Connection
    With The Following Matters -

    ISLA0101L
        ISLAND JAY, INC. V. MYLOCKER.COM, L.L.C.
        2:19-CV-11501-MAG-DRG

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 12/02/19 | TC | 0.50 | 175.00 | Communications with client to discuss filing supplementation to motion for default judgment and injunction. |
| 12/09/19 | TC | 0.80 | 280.00 | Review and edits to supplementation and supporting declaration; e-mail to client. |
| 12/12/19 | TC | 0.50 | 175.00 | Finalize supplementation and supporting declaration for filing. |

### Summary of Professional Services

|  | Hours | Rate | Amount |
|---|---|---|---|
| Thomas Cunningham | 1.80 | 350.00 | 630.00 |
| TOTAL | 1.80 |  | 630.00 |

### Disbursements

| | |
|---|---|
| Administrative Charge | 13.23 |
| Total Disbursements | 13.23 |
| **Total Services & Disbursements** | **643.23** |

GRAND TOTAL

    TOTAL SERVICES:     630.00
    TOTAL DISBURSEMENTS:     13.23

**TOTAL SERVICES & DISBURSEMENTS:**     **643.23**