UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ISLAND JAY, INC.,

        Plaintiff,                      Civil Action No. 19-CV-11501

vs.                                      HON. MARK A. GOLDSMITH

MYLOCKER.COM, L.L.C.,

        Defendant.
_____/

## DEFAULT JUDGMENT

For the reasons stated in the order entered on today's date, a default judgment is entered against Defendant MyLocker.com, L.L.C., in the amount of $161,546.32.

                                            DAVID J. WEAVER
                                            CLERK OF THE COURT

                          By:   s/Karri Sandusky
                                            DEPUTY COURT CLERK

APPROVED:

s/Mark A. Goldsmith
MARK A. GOLDSMITH
UNITED STATES DISTRICT JUDGE

Dated: June 17, 2020