UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ISLAND JAY, INC. ,

Plaintiff(s),

v.

MYLOCKER.COM, L.L.C. ,

Defendant(s).

_____/

Case No. 19-11501
HON. MARK A. GOLDSMITH

## ORDER STRIKING DOCUMENT (Dkt. 22 )

The Court has reviewed the following document: Plaintiff's Motion for Contempt

(Dkt. 22 ). The Court finds that it should be stricken for the following reason(s):

☐ Missing or insufficient statement of non-concurrence. See LR 7.1(a).

☐ Over-length. See LR 7.1(d)(3).

☐ Wrong font size. See LR 5.1(a)(3).

☐ Missing required information (e.g., concise statement of issues, controlling or most appropriate authority, etc.). See LR 7.1(d)(2).

☐ Improperly formatted (e.g., single-spaced, improper margins, missing page numbers, etc.). See LR 5.1(a)(2).

☐ Does not comply with the Case Management Order in this case for the following reasons:

_____

_____

_____.

☑ Other: Does not contain the Local Rule certification (certifying compliance with Local Rule 5.1(a))

as required by the Court's 6/3/19 Order (Dkt. 5).

_____ .

Accordingly, the Court strikes the document.  **Plaintiff**   shall file an amended

document that complies with all requirements on or before  **July 28, 2021** .

SO ORDERED.


Dated:  July 26, 2021                                    s/ Mark A. Goldsmith
    Detroit, Michigan                               MARK A. GOLDSMITH
                                                        United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on  July 26 2021                          .

                                            s/ Karri Sandusky

                                        Karri Sandusky
                                        Case Manager