# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

ISLAND JAY, INC,

    Plaintiff,

v.

MYLOCKER.COM, LLC,

    Defendant.

CASE NO. 19-11501

## DECLARATION OF JASON GUARINO IN FURTHER SUPPORT OF MOTION FOR CONTEMPT

1. My name is Jason Guarino. I am over the age of eighteen (18), and I am competent to make this Declaration.

2. I make this Declaration of my own personal knowledge and have personal knowledge of all facts contained herein and submit this Declaration under the penalty of perjury.

3. I have read the Motion for Contempt and accompanying Memorandum in Support of the Motion for Contempt and all of the facts therein are true to the best of my knowledge and belief.

4. I am a principal of Island Jay, Inc.

5. Island Jay, Inc. is the owner of the "I'm The Cabana Boy" Trademark, registered with the USPTO (serial number 88094322).

1

6. On or about June 17, 2020, this Court ordered Defendant MyLocker to pay damages to Island Jay for infringing on Island Jay's Marks.

7. The Order also enjoined MyLocker and anyone associate with MyLocker from using the Island Jay Marks on any goods not authorized by Island Jay.

8. To date, MyLocker has not paid the damages ordered by this Court and has not sought or received permission to use any of Island Jay's Marks.

9. On or about November 24, 2020, Defendant sold, printed, and shipped a counterfeit "I'm The Cabana Boy" t-shirt without permission from Island Jay, Inc.. (Exhibit 1 – Receipt of Counterfeit Order; Exhibit 2 – Photo of Shirt and Packaging.)

10. The t-shirt containing the "I'm The Cabana Boy" Trademark is an inferior t-shirt to Island Jay, Inc.'s products in the weight and material of the t-shirt and the quality of the printing.

FURTHER THE DECLARANT SAYETH NAUGHT

I, Jason Guarino, under penalty of perjury and under the laws of the United States of America do swear that the foregoing is true and correct:

_____
Jason Guarino
7/13/2021
Date Executed

2