# EXHIBIT B

LARA Home  Contact LARA  Online Services  News  MI.gov

# LARA Corporations Online Filing System
## Department of Licensing and Regulatory Affairs

| | |
|---|---|
| ID Number: 801394425 | **Request certificate**  **Return to Results**  **New search** |
| Summary for: MYLOCKER.COM, L.L.C. | |
| The name of the DOMESTIC LIMITED LIABILITY COMPANY: MYLOCKER.COM, L.L.C. | |

**Entity type:** DOMESTIC LIMITED LIABILITY COMPANY
**Identification Number:** 801394425  **Old ID Number:** D1234M

**Date of Organization in Michigan:** 12/19/2006

**Purpose:** All Purpose Clause

**Term:** 12/19/2036

**The name and address of the Resident Agent:**

| | | | | | |
|---|---|---|---|---|---|
| Resident Agent Name: | ROBERT HAKE | | | | |
| Street Address: | 1300 ROSA PARKS BLVD | | | | |
| Apt/Suite/Other: | | | | | |
| City: | DETROIT | State: | MI | Zip Code: | 48216 |

**Registered Office Mailing address:**

| | | | | | |
|---|---|---|---|---|---|
| P.O. Box or Street Address: | 1300 ROSA PARKS BLVD | | | | |
| Apt/Suite/Other: | | | | | |
| City: | DETROIT | State: | MI | Zip Code: | 48216 |

**Act Formed Under:** 023-1993 Michigan Limited Liability Company Act
**Acts Subject To:** 023-1993 Michigan Limited Liability Company Act

**Managed By:**
Managers

**View Assumed Names for this Business Entity**

**View filings for this business entity:**

ALL FILINGS
ANNUAL REPORT/ANNUAL STATEMENTS
CERTIFICATE OF CORRECTION
CERTIFICATE OF CHANGE OF REGISTERED OFFICE AND/OR RESIDENT AGENT
RESIGNATION OF RESIDENT AGENT
CERTIFICATE OF ASSUMED NAME

**View filings**

**Comments or notes associated with this business entity:**

LARA FOIA Process    Transparency    Office of Regulatory Reinvention    State Web Sites

Michigan.gov Home    ADA    Michigan News    Policies

Copyright 2021 State of Michigan