UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ISLAND JAY, INC.,

      Plaintiff,

v

MYLOCKER.COM, L.L.C.,

      Defendants.

_____/

Case No. 19-11501

HON. MARK A. GOLDSMITH

## ORDER STRIKING DOCUMENT (Dkt. 25)

The Court has reviewed Plaintiff Island Jay, Inc.'s proposed order holding Defendant in contempt (Dkt. 25). The Court finds that it must be stricken, as Island Jay was instructed to file the proposed order through the utilities function of CMECF. Island Jay is not afforded an opportunity to resubmit the document, as the Court has determined it will enter an order of its own preparation.

      SO ORDERED.

Dated: August 9, 2021                         s/Mark A. Goldsmith
     Detroit, Michigan                        MARK A. GOLDSMITH
                                                 United States District Judge