# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: June 12, 2023

Mr. John Adam Behrendt
Bodman
201 W. Big Beaver Road
Suite 500
Troy, MI 48084

Ms. Jane Derse Quasarano
Bodman
1901 Saint Antoine Street
Sixth Floor
Detroit, MI 48226

Mr. John M. Shoreman
McFadden & Shoreman
1050 Connecticut Ave., N.W.
Suite 500
Washington, DC 20036-5334

Re: Case No. 23-1386, *Island Jay, Inc. v. Mylocker.com, LLC*
Originating Case No. : 2:19-cv-11501

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel
Mediation Administrator

cc: Ms. Kinikia D. Essix

Enclosure

No mandate to issue

Case No. 23-1386

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

ISLAND JAY, INC.

    Plaintiff - Appellee

v.

MYLOCKER.COM, LLC

    Defendant - Appellant

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                **ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: June 12, 2023